IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| MARGARET GOSSECK,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC.,<br>　　　　Defendant. | §<br>§<br>§<br>§　No. 2:10-cv-00607-GLL-RCM<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day the Court considered the Joint Motion for Order Approving Individual Settlement made by and between Plaintiff Margaret Gosseck ("Plaintiff") and Dolgencorp, Inc. ("Defendant" or "Dollar General"). The Court finds that the Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion for Order Approving Individual Settlement is hereby GRANTED. The Court hereby APPROVES the individual settlement reached by the Parties in this above-referenced matter.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's individual cause of action in the above-styled and numbered individual cause against Defendants is hereby dismissed with prejudice to the refiling of same, and that each party is to bear its own costs of Court.

Done this 5th day of Aug, 2011.

_____

DB1/ 67851719.1

ORDER – PAGE 1